**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| ADRIENNE GRAY, ) | |
| ) | |
| Plaintiff, ) | Case No. 16-CV-08734 |
| ) | |
| v. ) | Judge Thomas M. Durkin |
| ) | Magistrate Judge Jeffrey T. Gilbert |
| GOVERNORS STATE UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## **THE PARTIES' AGREED MOTION FOR A CONFIDENTIALITY ORDER**

The Parties, by and through their respective attorneys, and pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Local Rule 26.2, hereby respectfully move this Honorable Court to enter the attached Agreed Confidentiality Order. In support of this Motion, the Parties state as follows:

1. In this case, Plaintiff Adrienne Gray alleges that Defendant Governors State University discriminated and retaliated against Plaintiff by failing to adequately compensate her in salary and benefits for the job she is performing, or to provide her with the appropriate job title and classification, in violation of the Age Discrimination in Employment Act.

2. In discovery, Plaintiff's has requested personnel and employment records of non-party current and former employees of Defendant. The Parties therefore agree that there is good cause for this Honorable Court to enter an Agreed Confidentiality Order to protect the privacy interests of these third parties.

3. In accordance with this Honorable Court's Standing Order, the Parties have submitted to the Court's proposed orders inbox via email a redlined version of the Agreed Confidentiality Order, which is based on the United States District Court for the Northern District of Illinois' Model Protective Order (Form LR 26.2), and a clean copy of the same.

WHEREFORE, the Parties respectfully move this Honorable Court to enter the proposed Agreed Confidentiality Order or an order substantially similar to it.

Dates: April 17, 2017

| PLAINTIFF ADRIENNE GRAY | DEFENDANT GOVERNORS STATE UNIVERSITY |
|---|---|
| /s/ Ed Mullen<br>Ed Mullen<br>2129 N. Western Ave.<br>Chicago, IL 60647<br>312.508.9433 | /s/ Heather Becker<br>Heather Becker (6280584)<br>Laner Muchin, Ltd.<br>515 North State Street, Suite 2800<br>Chicago, Illinois 60654<br>(312) 467-9800 |

## **CERTIFICATE OF SERVICE**

Heather Becker, an attorney, hereby certifies that she caused **The Parties' Agreed Motion for a Confidentiality Order** in the above-captioned matter to be served on the parties of record listed below by filing it with the Court's ECF system on this 17th day of April 2017:

Ed Mullen, Esq.
2129 N. Western Ave.
Chicago, IL 60647
312.508.9433

/s/ Heather Becker
Heather Becker