# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Adrienne Gray

                          Plaintiff,

v.                                                   Case No.: 1:16−cv−08734
                                                   Honorable Thomas M. Durkin

Governors State University

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 26, 2017:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Settlement conference held on 10/26/17. The parties resolved the case. The parties executed a Consent to Exercise of Jurisdiction by a United States Magistrate Judge. Status hearing set for 12/14/17 at 10:00 a.m. If a stipulation to dismiss is filed prior to 12/14/17, the status hearing will be stricken with no appearance required. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.